# INCIDENT REPORT

## Allegheny County Police Department

875 Greentree Road Ten Parkway
Center, Suite 100
Pittsburgh, PA 15220
Phone: (412)473-1200

**ACPD25006393**

| | | |
|---|---|---|
| Case Type: **Disorderly Conduct** | | Date Reported: **4/9/2025** |
| Dispatched: **20:20** | Enroute: **20:20** | Arrived: **20:30** | Cleared: |
| Date Occurred: **4/9/2025** | | |
| Landmark: **GPIA GATE A13** Address: **1000 AIRPORT BLVD FINDLAY, PA 15231** | | |
| Location Type: **Air/Bus/Train Terminal** | | How Reported: **Dispatched** |
| Case Status: **Open-Pending Court Action** | | Case Status Date: |

## OFFICER(S)

| Officer: **Jones, Monique 239** | Officer Involvement Type: **Reporting** | Officer Involvement Date and Time: **04/09/25 20:30** |
|---|---|---|

## OFFENSE(S)

| Statute: | Description | Grade: |
|---|---|---|
| 35 780-113 A15 | CSDDCA-Sale/Dispensed a Schedule II/III/IV Substance to Unauthorized Person Without Prescription | M |

## SUSPECT(S)

**Ferrell, Jaymer William**                                       Arrested:

*Related Offense(s)*

35 780-113 A15 CSDDCA-Sale/Dispensed a Schedule II/III/IV Substance to Unauthorized Person Without Prescription  (35A M)

| | | |
|---|---|---|
| Race: **Black** | DOB/Age: ███  **22** | Address: ███ |
| Sex: **Male** | Height: **6ft 00in** | ███ |
| Ethnicity: **Non-Hispanic** | Weight: **160lbs** | Resident Status: | Suspected of Using: |
| SSN: | Hair: **Black** | Cell #: ███ | ☐ Alcohol |
| OLN/State: | Eyes: **Brown** | Home #: | ☒ Drugs/Narcotics |
| License Class: | Build: **Medium** | Work #: | ☐ Computer Equiptment |
| License Status: | Complexion: | Email: | |
| : , | Address: | | Phone #: |

## ORGANIZATION(S) INVOLVED

| Involvement: **Victim of Incident** | Victim Type: **Society/Public** | Phone Number: |
|---|---|---|

## OTHER PERSON(S)

███

**Owner (Any Property)**

| | | |
|---|---|---|
| Race: | DOB/Age: | Address: |
| Sex: | Height: | |
| Ethnicity: | Weight: | Resident Status: |
| SSN: | Hair: | Cell #: |
| OLN/State: () | Eyes: | Home #: |
| License Class: | Build: | Work #: |
| Status: | Complexion: | Email: ███ |
| : , | Address: | #: |

GOVERNMENT
EXHIBIT
1

## Passenger

| | | |
|---|---|---|
| Race: | DOB/Age: | Address: |
| Sex: | Height: | |
| Ethnicity: | Weight: | Resident Status: |
| SSN: | Hair: | Cell #: ▮ |
| OLN/State: () | Eyes: | Home #: |
| License Class: | Build: | Work #: |
| Status: | Complexion: | Email: |
| : , | Address: | #: |

## Reporting Party

| | | |
|---|---|---|
| Race: | DOB/Age: | Address: |
| Sex: | Height: | |
| Ethnicity: | Weight: | Resident Status: |
| SSN: | Hair: | Cell #: ▮ |
| OLN/State: () | Eyes: | Home #: |
| License Class: | Build: | Work #: |
| Status: | Complexion: | Email: |
| : , | Address: | #: |

## Owner (Any Property)

| | | |
|---|---|---|
| Race: | DOB/Age: | Address: |
| Sex: | Height: | |
| Ethnicity: | Weight: | Resident Status: |
| SSN: | Hair: | Cell #: |
| OLN/State: () | Eyes: | Home #: |
| License Class: | Build: | Work #: |
| Status: | Complexion: | Email: |
| : , | Address: | #: |

## Owner (Any Property)

| | | |
|---|---|---|
| Race: | DOB/Age: | Address: |
| Sex: | Height: | |
| Ethnicity: | Weight: | Resident Status: |
| SSN: | Hair: | Cell #: |
| OLN/State: () | Eyes: | Home #: |
| License Class: | Build: | Work #: |
| Status: | Complexion: | Email: |
| : , | Address: | #: |

| INVP | | |
|---|---|---|
| Race: | DOB/Age: | Address:**1000 Airport Blvd** |
| Sex: | Height: | **PITTSBURGH, PA 15231** |
| Ethnicity: | Weight: | Resident Status: |
| SSN: | Hair: | Cell #: |
| OLN/State: () | Eyes: | Home #: |
| License Class: | Build: | Work #: |
| Status: | Complexion: | Email: |
| : , | Address: | #: |

| Contact | | |
|---|---|---|
| Race: | DOB/Age: | Address: |
| Sex: | Height: | |
| Ethnicity: | Weight: | Resident Status: |
| SSN: | Hair: | Cell #: |
| OLN/State: () | Eyes: | Home #: |
| License Class: | Build: | Work #: |
| Status: | Complexion: | Email: |
| : , | Address: | #: |

## PROPERTY

Description: **Credit Card/Debit Card** — Quantity:

| Class: | Status: **Seized** | Value: |
|---|---|---|

Location Seized:

Owner: A█████ K███ — Hold Reason: **Seized**

**Relationship to Seized**

Description: **Green Wallet containing multiple credit cards** — Quantity:

| Class: | Status: **Seized** | Value: |
|---|---|---|

Location Seized:

Owner: H█████ K█ — Hold Reason: **Evidence, Seized**

**Relationship to Evidence, Seized**

Description: **Credit Card** — Quantity:

| Class: | Status: **Seized** | Value: |
|---|---|---|

Location Seized:

Owner: L████ A V████ — Hold Reason: **Evidence, Seized**

**Relationship to Evidence, Seized**

## DRUG(S)

| Description: **Alprazolam Pill** | | Status: **Seized** |
|---|---|---|
| Type: **Other Drugs** | Quantity: **4 Dosage Unit / Items (Pills, Etc.)** | Activity: |
| Location Seized: | | Hold Reason: **Evidence, Seized** |
| **Relationship to Evidence, Seized** | | |
| **Relationship to Evidence, Seized** | | |

| Description: **Oxyocodone** | | Status: **Seized** |
|---|---|---|
| Type: **Opium** | Quantity: **1 Dosage Unit / Items (Pills, Etc.)** | Activity: |
| Location Seized: | | Hold Reason: **Evidence, Seized** |
| **Relationship to Evidence, Seized** | | |
| **Relationship to Evidence, Seized** | | |

## MAIN NARRATIVE
### Monique Jones 239

**04/09/2025 23:57:00**

On April 9, 2025 at 2020 hours, I, PO Jones, was dispatched to Concourse A, Gate 13, for a male vaping on the plane without an ETA for the plane. While in route to the gate, the desk officer, PO Gahr, was able to update me more on the current situation. I now received information that the male was also going through other passenger's belongings and throwing things throughout the cabin as well as a possible domestic in progress.

When I arrived at the gate, I met with the managers from Trego Dugan, Dennis and Emma. They stated that they were waiting for the police to arrive before they would open the cabin door to allow any passengers to disembark. I told Dennis that he could open the door and I would handle it from there. I also requested for another unit to respond to my location.

Once the door was open, the flight attendants pointed out a gentleman sitting towards the rear. I immediately walked to the male who then put his hands in the air. The male who was later identified as Jaymer Ferrell, stated that he just wanted to get off the plane. I directed both Ferrell and his female partner to follow me off the plane. I informed the responding units to meet me at the top of the jetway. Once we all exited the jetway, I had the female sit in a set of chairs in one area while I had Ferrell, sit in another group of chairs on the other side, away from the female.

When PO Dally arrived, I had him speak with the female half, who was later identified as Dayvana Dove. Dove told PO Dally that she was flying home with Ferrell. She admitted to going through Ferrell's cell phone, looking at his text messages from other females which made him angry. That once he got angry he began to argue and knocked her glasses off her face. PO Dally noticed a scar on Dove's face and inquired on how she got it. Dove stated that Ferrell had assaulted her at a McDonald's in LA, where he was subsequently arrested for a domestic battery charge. She denied any physical contact while on the flight here.

While PO Daley was speaking with Dove, I allowed Ferrell to tell me his side of the story. He stated that he was looking for his wallet during the flight in the overhead bins, when he was told by the flight attendant that he needed to be in his seat. He said the flight attendant then assisted him with locating his wallet so he could take his seat. Once he located his wallet he then noticed his cell phone was missing. While he was looking for his cell phone, he said Dove jumped up and ran into the bathroom for about 15 minutes. That when she got back to her seat, she handed him over his cell phone but began questioning him about some text messages from other females. Ferrell said that Dove began to strike him and he denied striking Dove, but volunteered to find the lens to her glasses. Ferrell then began to explain how he just got released from jail in LA for a domestic battery charge against Dove and how he had some court things here that he needed to handle. At this time I asked for PO Grossman to

run Ferrell through CLEAN/NCIC. It came back that he had an active arrest warrant out of Bethel Park PD. Ferrell was then placed into custody by PO Grossman and would eventually be transported to the District One Police Station by PO Dally.

I then spoke with flight attendant, Daronte Boyd. Boyd was the flight attendant who had multiple interactions with Ferrell during the flight. Boyd first stated how he had observed Ferrell going through multiple bags in the overhead bin above the seat he was sitting in. Boyd figured that all of the bags in the overhead bin couldn't have belonged to Ferrell, so he approached him and asked if he needed some assistance with anything. Ferrell gave the story that he was looking for his wallet in his bag. That's when Boyd suggested to Ferrell that he grab his bag and bring it to the back row where he could have space to look through his bag properly. Ferrell declined, stating that he was cool and just sat back down in his seat.

Boyd then went on to explain how Ferrell kept leaving his seat to go to the bathroom for long periods of time. Boyd suspected that Ferrell was probably vaping but wasn't sure until he caught Ferrell vaping in bathroom on one of those trips. Boyd informed Ferrell how vaping on a plane is strictly prohibited and illegal and instructed him to put the vape away.

Boyd also stated that during final approach, Ferrell was standing up, complaining that his cell phone was missing. As Boyd was heading over to assist Ferrell and have him take his seat, his female companion had jumped up and ran into the bathroom where she stayed for over 15 minutes. And when she returned to her seat and argument began and that's when Ferrell began to throw her items around the cabin. Ferrell then requested to go sit somewhere else but the seatbelt sign was on and every passenger was required to remain in their seats.

Boyd also explained that Ferrell was never suppose to be sitting next to the female as his assigned seat was in another row. Boyd was unsure where the passenger whose seat Ferrell took end up moving too. Boyd was able to talk with two of the owner's of the bags whose Ferrell rummaged through. He was able to get there names and a phone number for them to be contacted later as they chose not to wait to speak with the police.

I then spoke with Dove with Sgt Kuma present. I verified that Dove was not physically assaulted in any manner. I also asked if she and Ferrell lived together, which she denied. She stated that she lived alone but a family member lived next door. When asked she responded that Ferrell did not have keys to her place and that she felt safe going home. At this point Sgt Kuma and I felt comfortable with releasing her from the scene.

When Ferrell taken into custody he was searched incident to arrest. On his persons, Ferrell had a blue back pack, a black wallet, a cell phone and other miscellaneous items on his possession. All of his items were transported with him to the District One Station. Once at the station, his back pack and other items were all inventoried. During the inventory, inside Ferrell's back pack was a Ibuprofen bottle which contained 4 Alprazolam pills, 1 Oxyocodone pill and multiple Ibuprofen pills inside. Both the Oxyocodone pill and the Alprazoloam pills are a Schedule II drug that requires a prescription.

Also found during the inventory of his back pack was a green Coach Wallet that had credit cards with the name of H████ K█ (Note: K█ was the passenger whose assigned seat that Ferrell took on the airplane.) Inside Ferrell's wallet was a credit card and a debit card that belonged to two unidentified people. The wallet with the credit cards, cell phone, pills and other debit/credit cards were all packaged as evidence and sent to the evidence room.

I then contacted the passengers B███ A██ and his boyfriend S█████ L██, whose bags had been rummaged through by Ferrell. A██ stated that Ferrell had went through their bags twice. The first time Ferrell went through the bags he placed one of the bags on the floor. That when A██ said he picked up the bag and removed all the valuables from it. A██ went on to say that his boyfriend has OCD and is particular with how he closes his bag and where the zippers have to be. That is how he knew Ferrell had went through his bags both times. During the second time, Ferrell trying to find the valuables, opened up another plastic bag that was inside the suitcase and dumped all the belongings inside the bag, as well as the bag was not completely zipped and that zippers were not where L██ placed them on both occasions. A██ said that because he removed all of their valuables,

nothing appeared to have been taken at this time.

I then spoke with Trego Dugan manager, Emma Parish. Parish was able to give an email address for H▓▓▓▓ K▓▓, whose wallet with credit cards were located on Ferrell's possession.

Detective Hoerter will be conducting the investigation of the incidents that took place on the plane.

PO Welsh and I transported Ferrell to the ACJ, on the warrant out of Bethal Park and the new charges. Ferrell was handcuffed to rear, with the handcuffs double-locked and checked for tightness. He was seat-belted in and the cameras were recording. Once at the ACJ, under the instructions of the ACJ Intake Guards, Ferrell was unhandcuffed and turned over to their custody to begin the intake processing. During the initial processing, Ferrell attempted to assault a guard and was tasered by the ACJ Intake Guards. At this point the ACJ Intake Guards did a rush medical process and accepted him into the jail.