*Limited Official Use*

**QR: C, AUSA SONSON, FERRELL, JAYMER,** ███████ **- Received 04/03/2026 07:41:59**

SOURCE: III

FL0107EE0035VYQR
PA00202JA
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/LXELDN063. INDIVIDUAL'S RECORD WILL BE
COMPLETE WHEN ALL RESPONSES ARE RECEIVED FROM THE FOLLOWING SOURCES:
 FBI             FBI/████████
 PENNSYLVANIA    STAT████████
 CALIFORNIA      STATE ID/████████
END

TRACKING: 04/03/2026, 07:41:59 EASTERN
  MKE: QR
  Source: III
  REF: WAN5RYQS2K
  ISN: 07EE0035W1

GOVERNMENT
EXHIBIT
2

```
QR: C, AUSA SONSON, FERRELL, JAYMER, ██████████ - Received 04/03/2026
07:42:00

SOURCE: NLETS   WVFBINF00

CR.WVFBINF00
04:41 04/03/2026 09805
04:42 04/03/2026 25799 PA00202JA
*07EE0035VY
TXT
HDR/2L0107EE0035VYQR
ATN/AUSA SONSON
********************** CRIMINAL HISTORY RECORD **********************

************************ Introduction ************************

This rap sheet was produced in response to the following request:

FBI Number            ████████
Request Id
Purpose Code          C
Attention             AUSA SONSON

The information in this rap sheet is subject to the following caveats:

This record is based only on the FBI number in your request UCN:
██████   Because additions or deletions may be made at any time, a new
c_____ld be requested when needed for subsequent use. (US;
2026 04 03)
All entries contained in this FBI record are based on fingerprint
comparisons and pertain to the same individual. (US; 2026 04 03)
The use of this record is regulated by law. It is provided for official
use only and may be used only for the purpose requested. (US;
2026 04 03)
PROBATION OR SUPERVISED RELEASE STATUS FROM NCIC SRF. ORI/US
PROBATION WEST PA, PITTSBURGH(PAUCP027G) NAM/FERRELL, JAYMER
DOB/██████████ UCN/██████████ OCA/██████████ NIC/██████████ HAI/BLK RAC/B
HGT/██████ 45 SEX███████ 025 07██████/2025 0████████ NONEXP SOT/412
482 5058 EDS/ MIS/PLEASE CONTACT FEDERAL PROBATION/PRETRIAL OFFICER
WITHIN 24 HOURS IF AN INQUIRY OR CONTACT IS MADE CONCERNING THIS
SUBJECT TO ADVISE THE NATURE OR REASON OF THE INQUIRY OR CONTACT (US;
2026 04 03)

************************ IDENTIFICATION ************************

Subject Name(s)

FERRELL, JAYMER
FERRELL, JAYMERW (AKA)
FERRELL, JAYMERWILLIAM (AKA)
FERRELL, JAYMERWILLIAM I (AKA)

Subject Description

FBI Number                State Id Number
████████                  ████████████

Social Security Number
████████
```

```
Sex                     Race
Male                    Black


Height                  Weight                    Date of Birth
6'00"                   145                       ███████████


Hair Color              Eye Color                 Fingerprint Pattern
Black                   Brown                     WURSRSWUAUWULSLSWULS (Other)




Place of Birth          Citizenship
Pennsylvania            United States


Fingerprint Images

Photo Images
Photo Image Available       FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Available Image             Other
Capture Date                  2025-07-02
(No Photo Image Transmitted
Comment:BSI: 40600306367)
Photo Image Available       FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Available Image             Other
Capture Date                  2025-07-02
(No Photo Image Transmitted
Comment:BSI: 40600306365)
Photo Image Available       FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Available Image             Other
Capture Date                  2025-07-02
(No Photo Image Transmitted
Comment:BSI: 40600306363)
Photo Image Available       FBI PAFBIPG00
Available Image             Other
Capture Date                  2025-07-02
(No Photo Image Transmitted
Comment:Arresting agency has photo)
Photo Image Available       FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Available Image             Other
Capture Date                  2025-07-02
(No Photo Image Transmitted
Comment:BSI: 40600327455)
Photo Image Available       FBI-CJIS DIV-CLRKSBG CLARKSBURG WVFBINF00
Available Image             Other
Capture Date                  2025-07-02
(No Photo Image Transmitted
Comment:BSI: 40600327457)


************************* CRIMINAL HISTORY *************************


============================== Cycle 001 ==============================
Earliest Event Date    2025-07-02
----------------------------------------------------------------------
Arrest Date            2025-07-02
Arrest Case Number
Arresting Agency       PAFBIPG00 FBI
```

```
Subject's Name          FERRELL,JAYMER W
Charge                  1
        Charge Literal  49 USC 46506
            Severity    Unknown
Charge                  2
        Charge Literal  18 USC 661
            Severity    Unknown
============================= Cycle 002 =============================
Earliest Event Date     2025-07-02
-------------------------------------------------------------------
Arrest Date             2025-07-02
Arrest Case Number
Arresting Agency        PAFBIPG00 FBI
Subject's Name          FERRELL,JAYMER
Charge                  1
        Charge Literal  2410 - AIRCRAFT THEFT - 46 USC 46506
            Severity    Unknown
***********************  INDEX OF AGENCIES   ***********************

Agency                  FBI; PAFBIPG00;
Agency Email Address
Address

                        PITTSBURGH, PA 152032148


* * * END OF RECORD * * *

TRACKING: 04/03/2026, 07:42:00 EASTERN
- MKE: CR
- Source: NLETS
- From: WVFBINF00
- REF: WAN5RYQS2K
- ISN: 07EE0035W3
```

QR: C, AUSA SONSON, FERRELL, JAYMER, ███████ - Received 04/03/2026
07:42:01

SOURCE: NLETS    CAIII0000

CR.CAIII0000
04:42 04/03/2026 64330
04:42 04/03/2026 25800 PA00202JA
*07EE0035VY
TXT
HDR/2L0107EE0035VYQR
ATN/AUSA SONSON

            Additional, non criminal fingerprinting information may be available
from originating agency
            .*********************** CRIMINAL HISTORY RECORD
**********************

************************** Introduction **************************

This rap sheet was produced in response to the following request:

State Id Number        ███████ ()
Request Id
Purpose Code           C
Attention              AUSA SONSON

The information in this rap sheet is subject to the following caveats:

RESTRICTED   DO NOT USE FOR EMPLOYMENT, LICENSING, PLACEMENT OR
CERTIFICATION PURPOSES (CA; 2026 04 03)

 DO NOT COLLECT DNA. PC 296 DNA SAMPLE ON FILE WITH STATE. FOR MORE
INFO EMAIL PC296.PC296@DOJ.CA.GOV

 (CA; 2025 06 02)
** PALM PRINT ON FILE AT DOJ FOR ADDITIONAL INFORMATION PLEASE E MAIL
PALM.PRINT@DOJ.CA.GOV (CA; 2025 04 06)

************************** IDENTIFICATION **************************

Subject Name(s)

FERRELL, JAYMER

Subject Description

FBI Number              State Id Number
████████                ███████ ()


Sex                     Race
Male                    Black

Height                  Weight              Date of Birth
6'00"                   150                 ████████

Hair Color              Eye Color
Black                   Brown

```
Place of Birth                          Ethnicity
PENNSYLVANIA                            Black Or African
                                       American


Caution Information

Notice                  Non Criminal Information

*************************  CRIMINAL HISTORY  *************************


============================= Cycle 001 =============================
Earliest Event Date     2025-04-06
---------------------------------------------------------------------
Arrest Date             2025-04-06
Arrest Case Number      6991898-45283997
Arresting Agency        CA0194212 CAPDLA SEVENTY SEVEN
Subject's Name          FERRELL,JAYMER
Comment(s)              ARREST/DETAINED/CITED
Charge                  1
            Statute     INFLICT CORPORAL INJ SPOUSE/COHAB (273.5(A) PC;
                        )
    State Offense Code  38028
           Severity     Felony
************************  INDEX OF AGENCIES  ************************

Agency                  CAPDLA SEVENTY SEVEN; CA0194212;

* * * END OF RECORD * * *

TRACKING: 04/03/2026, 07:42:01 EASTERN
- MKE: CR
- Source: NLETS
- From: CAIII0000
- REF: WAN5RYQS2K
- ISN: 07EE0035W5
```

**QR: C, AUSA SONSON, FERRELL, JAYMER,** ▮▮▮▮▮▮▮ **- Received 04/03/2026 07:42:06**

SOURCE: NLETS    PAIII0000

CR.PAIII0000
04:42 04/03/2026 16102
04:42 04/03/2026 25801 PA00202JA
*07EE0035VY
TXT
HDR/2L0107EE0035VYQR
ATN/AUSA SONSON
********************** CRIMINAL HISTORY RECORD ***********************

************************** Introduction **************************

This rap sheet was produced in response to the following request:

Subject Name(s)        FERRELL,JAYMER
State Id Number        ▮▮▮▮▮▮▮ ()
Request Id
Purpose Code           C
Attention              AUSA SONSON

The information in this rap sheet is subject to the following caveats:

USE OF THE FOLLOWING CRIMINAL HISTORY RECORD *** SID ▮▮▮▮▮▮▮ ***
REGULATED BY ACT 47, AS AMENDED. (; )

************************** IDENTIFICATION **************************

Subject Name(s)

FERRELL, JAYMER
FERRELL, JAYMER (AKA)
FERRELL, JAYMERWILLIAM I (AKA)
FERRELL, JAYMERWILLIAM (AKA)
FERRELL, JAYMERW. (AKA)

Subject Description

FBI Number
▮▮▮▮▮▮▮                  ▮▮▮▮▮▮▮ )

Social Security Number
▮▮▮▮▮▮▮


Sex                    Race
Male                   Black

Height                 Weight                      Date of Birth
601NCIC (2021 02 19)   170 (2021 02 19)            ▮▮▮▮▮▮▮

Hair Color             Eye Color
Black (2021 02 19)     Brown (2021 02 19)

Scars, Marks, and Tattoos
Code                           Description, Comments, and Images

```
SC R SHLD                   , Scars (SC) - Shoulder, right
TAT R HND                   , Tattoos (TAT) - Hand, right
TAT R ARM                   , Tattoos (TAT) - Arm, right


                        Citizenship


Residence
Residence as of

                        ███████████████████████████████

Fingerprint Images
(No Fingerprint Image Transmitted
Comment:)

Palmprint Images
(No Palmprint Image Transmitted  )

Photo Images
(No Photo Image Transmitted  )


************************  CRIMINAL HISTORY  ************************


============================ Cycle 001 =============================
Tracking Number         R101853-3
Earliest Event Date     2020-12-24
-------------------------------------------------------------------
Arrest Date             2020-12-24
Arrest Case Number      CR-0022-21
Arresting Agency         ALIQUIPPA PD
Subject's Name          FERRELL,JAYMER
Charge                  1
        Charge Number   1
Charge Tracking Number  R101853-3
        Charge Literal  THEFT BY UNLWF TAKING OR DISPO
   Charge Description
              Statute   THEFT BY UNLWF TAKING OR DISPO (183921A;
                        Pennsylvania)
     NCIC Offense Code  2399
    State Offense Code  183921A
              Counts    1
             Severity
      Inchoate Charge
-------------------------------------------------------------------
Court Disposition       (Cycle 001)
Court Agency             ALIQUIPPA PD
Subject's Name          FERRELL,JAYMER
Charge                  1
        Charge Number   1
Charge Tracking Number  R101853-3
        Charge Literal  THEFT BY UNLWF TAKING OR DISPO
   Charge Description
              Statute   THEFT BY UNLWF TAKING OR DISPO (183921A;
                        Pennsylvania)
     NCIC Offense Code  2399
    State Offense Code  183921A
              Counts    1
             Severity   MISDEMEANOR 1
      Inchoate Charge
```

```
              Disposition ( 2022-01-07; NOLLE PROSSED/WITHDRAWN)
Charge                    2
        Charge Number     2
Charge Tracking Number    R101853-3
       Charge Literal     ROBBERY
    Charge Description
              Statute     ROBBERY (183701A1V; Pennsylvania)
    NCIC Offense Code     1299
    State Offense Code    183701A1V
              Counts      1
            Severity      FELONY 3
      Inchoate Charge
         Disposition      ( 2022-01-07; NOLLE PROSSED/WITHDRAWN/
                            RESTITUTION)
============================= Cycle 002 =============================
Tracking Number           R141017-2
Earliest Event Date       2021-05-25
--------------------------------------------------------------------
Arrest Date               2021-05-25
Arrest Case Number        CR165-2021
Arresting Agency           ALIQUIPPA PD
Subject's Name            FERRELL,JAYMER WILLIAM I
Charge                    1
        Charge Number     1
Charge Tracking Number    R141017-2
       Charge Literal     MURDER OF THE FIRST DEGREE
    Charge Description
              Statute     MURDER OF THE FIRST DEGREE (182502A;
                          Pennsylvania)
    NCIC Offense Code     0999
    State Offense Code    182502A
              Counts      1
            Severity      MURDER 1
      Inchoate Charge     ATTEMPT
Charge                    2
        Charge Number     2
Charge Tracking Number    R141017-2
       Charge Literal     SIMPLE ASSAULT
    Charge Description
              Statute     SIMPLE ASSAULT (182701A1[50 Unknown
                          relationship]; Pennsylvania)
    NCIC Offense Code     1313
    State Offense Code    182701A1[50 Unknown relationship]
              Counts      1
            Severity
      Inchoate Charge
Charge                    3
        Charge Number     3
Charge Tracking Number    R141017-2
       Charge Literal     AGGRAVATED ASSAULT
    Charge Description
              Statute     AGGRAVATED ASSAULT (182702A1[50 Unknown
                          relationship]; Pennsylvania)
    NCIC Offense Code     1399
    State Offense Code    182702A1[50 Unknown relationship]
              Counts      1
            Severity      FELONY 1
      Inchoate Charge
Charge                    4
        Charge Number     4
Charge Tracking Number    R141017-2
```

```
          Charge Literal    ASSAULT OF LAW ENFORCEMENT OFF
       Charge Description
                Statute    ASSAULT OF LAW ENFORCEMENT OFF (182702.1A;
                           Pennsylvania)
      State Offense Code    182702.1A
                Counts    1
               Severity    FELONY 1
         Inchoate Charge
Charge                     5
          Charge Number    5
Charge Tracking Number    R141017-2
          Charge Literal    FIREARM CARRIED W/O A LICENSE
       Charge Description
                Statute    FIREARM CARRIED W/O A LICENSE (186106A1;
                           Pennsylvania)
       NCIC Offense Code    5299
      State Offense Code    186106A1
                Counts    1
               Severity    FELONY 3
         Inchoate Charge
Charge                     6
          Charge Number    6
Charge Tracking Number    R141017-2
          Charge Literal    RECKLESSLY ENDANGERING
       Charge Description
                Statute    RECKLESSLY ENDANGERING (182705; Pennsylvania)
       NCIC Offense Code    5599
      State Offense Code    182705
                Counts    1
               Severity    MISDEMEANOR 2
         Inchoate Charge
-------------------------------------------------------------------
Court Disposition       (Cycle 002)
Court Agency             ALIQUIPPA PD
Subject's Name          FERRELL,JAYMER WILLIAM I
Charge                  1
          Charge Number    1
Charge Tracking Number    R141017-2
          Charge Literal    MURDER OF THE FIRST DEGREE
       Charge Description
                Statute    MURDER OF THE FIRST DEGREE (182502A;
                           Pennsylvania)
       NCIC Offense Code    0999
      State Offense Code    182502A
                Counts    1
               Severity    MURDER 1
         Inchoate Charge    ATTEMPT
             Disposition    ( 2021-07-12; QUASHED/ DISMISSED/ DEMURRER
                           SUSTAINED)
Charge                  2
          Charge Number    2
Charge Tracking Number    R141017-2
          Charge Literal    MURDER OF THE FIRST DEGREE
       Charge Description
                Statute    MURDER OF THE FIRST DEGREE (182502A;
                           Pennsylvania)
       NCIC Offense Code    0999
      State Offense Code    182502A
                Counts    1
               Severity    MURDER 1
         Inchoate Charge    CONSPIRACY
```

```
              Disposition   ( 2021-07-12; QUASHED/ DISMISSED/ DEMURRER
                            SUSTAINED)
Charge                      3
         Charge Number      3
Charge Tracking Number      R141017-2
        Charge Literal      AGGRAVATED ASSAULT
     Charge Description
               Statute      AGGRAVATED ASSAULT (182702A1; Pennsylvania)
      NCIC Offense Code      1399
     State Offense Code      182702A1
                Counts      2
              Severity      FELONY 1
      Inchoate Charge      CONSPIRACY
          Disposition      ( 2021-07-12; QUASHED/ DISMISSED/ DEMURRER
                            SUSTAINED)
Charge                      5
         Charge Number      5
Charge Tracking Number      R141017-2
        Charge Literal      DISCHARGE FIREARM-OCCUPI STRUC
     Charge Description
               Statute      DISCHARGE FIREARM-OCCUPI STRUC (182707.1A;
                            Pennsylvania)
      NCIC Offense Code      2999
     State Offense Code      182707.1A
                Counts      1
              Severity      FELONY 3
      Inchoate Charge
          Disposition      ( 2021-07-12; QUASHED/ DISMISSED/ DEMURRER
                            SUSTAINED)
Charge                      6
         Charge Number      6
Charge Tracking Number      R141017-2
        Charge Literal      FIREARM CARRIED W/O A LICENSE
     Charge Description
               Statute      FIREARM CARRIED W/O A LICENSE (186106A1;
                            Pennsylvania)
      NCIC Offense Code      5299
     State Offense Code      186106A1
                Counts      1
              Severity      FELONY 3
      Inchoate Charge
          Disposition      ( 2021-07-12; QUASHED/ DISMISSED/ DEMURRER
                            SUSTAINED)
Charge                      7
         Charge Number      7
Charge Tracking Number      R141017-2
        Charge Literal      RECKLESSLY ENDANGERING
     Charge Description
               Statute      RECKLESSLY ENDANGERING (182705; Pennsylvania)
      NCIC Offense Code      5599
     State Offense Code      182705
                Counts      1
              Severity      MISDEMEANOR 2
      Inchoate Charge
          Disposition      ( 2021-07-12; QUASHED/ DISMISSED/ DEMURRER
                            SUSTAINED)
============================ Cycle 003 ============================
Tracking Number             D1006943-0
Earliest Event Date         2024-08-22
------------------------------------------------------------------
Arrest Date                 2024-08-22
```

```
Arrest Case Number       PA 2024-1073591
Arresting Agency          UNIONTOWN STATE POLICE
Subject's Name           FERRELL,JAYMER WILLIAM
Charge                   1
         Charge Number   1
Charge Tracking Number   D1006943-0
       Charge Literal    BURGLARY
    Charge Description
            Statute      BURGLARY (183502A1I; Pennsylvania)
   State Offense Code    183502A1I
            Counts       1
            Severity     FELONY 1
     Inchoate Charge
Charge                   2
         Charge Number   2
Charge Tracking Number   D1006943-0
       Charge Literal    STRANGULATION
    Charge Description
            Statute      STRANGULATION (182718A1[50 Unknown
                         relationship]; Pennsylvania)
   State Offense Code    182718A1[50 Unknown relationship]
            Counts       1
            Severity
     Inchoate Charge
Charge                   3
         Charge Number   3
Charge Tracking Number   D1006943-0
       Charge Literal    CRIMINAL TRESPASS
    Charge Description
            Statute      CRIMINAL TRESPASS (183503B1IV; Pennsylvania)
    NCIC Offense Code    5707
   State Offense Code    183503B1IV
            Counts       1
            Severity
     Inchoate Charge
Charge                   4
         Charge Number   4
Charge Tracking Number   D1006943-0
       Charge Literal    TERRORISTIC THREATS
    Charge Description
            Statute      TERRORISTIC THREATS (182706A1; Pennsylvania)
    NCIC Offense Code    1602
   State Offense Code    182706A1
            Counts       1
            Severity
     Inchoate Charge
Charge                   5
         Charge Number   5
Charge Tracking Number   D1006943-0
       Charge Literal    SIMPLE ASSAULT
    Charge Description
            Statute      SIMPLE ASSAULT (182701[01 Current or former
                         spouse of victim (can be same sex)];
                         Pennsylvania)
   State Offense Code    182701[01 Current or former spouse of victim
                         (can be same sex)]
            Counts       1
            Severity
     Inchoate Charge
Charge                   6
         Charge Number   6
```

```
Charge Tracking Number   D1006943-0
      Charge Literal     HARASSMENT
   Charge Description
            Statute      HARASSMENT (182709[01 Current or former spouse
                         of victim (can be same sex)]; Pennsylvania)
   State Offense Code     182709[01 Current or former spouse of victim
                         (can be same sex)]
             Counts      1
           Severity
     Inchoate Charge
------------------------------------------------------------------------
Court Disposition        (Cycle 003)
Court Agency              UNIONTOWN STATE POLICE
Subject's Name           FERRELL,JAYMER WILLIAM
Charge                   1
      Charge Number      1
Charge Tracking Number   D1006943-0
      Charge Literal     BURGLARY
   Charge Description
            Statute      BURGLARY (183502A1I; Pennsylvania)
   State Offense Code     183502A1I
             Counts      1
           Severity      FELONY 1
     Inchoate Charge
         Disposition     ( 2024-09-04; QUASHED/ DISMISSED/ DEMURRER
                         SUSTAINED)
Charge                   2
      Charge Number      2
Charge Tracking Number   D1006943-0
      Charge Literal     STRANGULATION
   Charge Description
            Statute      STRANGULATION (182718A1; Pennsylvania)
   State Offense Code     182718A1
             Counts      1
           Severity      FELONY 2
     Inchoate Charge
         Disposition     ( 2024-09-04; QUASHED/ DISMISSED/ DEMURRER
                         SUSTAINED)
Charge                   3
      Charge Number      3
Charge Tracking Number   D1006943-0
      Charge Literal     SIMPLE TRESPASSER
   Charge Description
            Statute      SIMPLE TRESPASSER (183503B1VI; Pennsylvania)
   State Offense Code     183503B1VI
             Counts      1
           Severity      MISDEMEANOR 3
     Inchoate Charge
         Disposition     ( 2024-09-04; QUASHED/ DISMISSED/ DEMURRER
                         SUSTAINED)
Charge                   4
      Charge Number      4
Charge Tracking Number   D1006943-0
      Charge Literal     TERRORISTIC THREATS
   Charge Description
            Statute      TERRORISTIC THREATS (182706A1; Pennsylvania)
   NCIC Offense Code     1602
   State Offense Code     182706A1
             Counts      1
           Severity      MISDEMEANOR 1
     Inchoate Charge
```

```
              Disposition  ( 2024-09-04; QUASHED/ DISMISSED/ DEMURRER
                           SUSTAINED)
Charge                     5
        Charge Number      5
Charge Tracking Number     D1006943-0
        Charge Literal     SIMPLE ASSAULT
     Charge Description
               Statute     SIMPLE ASSAULT (182701A1; Pennsylvania)
      NCIC Offense Code    1313
      State Offense Code   182701A1
               Counts      1
              Severity     MISDEMEANOR 2
       Inchoate Charge
              Disposition  ( 2024-09-04; QUASHED/ DISMISSED/ DEMURRER
                           SUSTAINED)
============================== Cycle 004 ==============================
Tracking Number            R893344-4
Earliest Event Date        2025-04-10
----------------------------------------------------------------------
Arrest Date                2025-04-10
Arrest Case Number         R893344-4
Arresting Agency            BETHEL PARK PD
Subject's Name             FERRELL,JAYMER W.
Charge                     1
        Charge Number      1
Charge Tracking Number     R893344-4
        Charge Literal     SALE OR TRANSFER OF FIREARMS
     Charge Description
               Statute     SALE OR TRANSFER OF FIREARMS (186111G4II;
                           Pennsylvania)
      State Offense Code   186111G4II
               Counts      1
              Severity     FELONY 3
       Inchoate Charge
Charge                     2
        Charge Number      2
Charge Tracking Number     R893344-4
        Charge Literal     UNSWORN FALSIFICATION TO AUTH
     Charge Description
               Statute     UNSWORN FALSIFICATION TO AUTH (184904B;
                           Pennsylvania)
      NCIC Offense Code    5006
      State Offense Code   184904B
               Counts      1
              Severity     MISDEMEANOR 3
       Inchoate Charge
----------------------------------------------------------------------
Court Disposition          (Cycle 004)
Court Agency                BETHEL PARK PD
Subject's Name             FERRELL,JAYMER W.
Charge                     1
        Charge Number      1
Charge Tracking Number     R893344-4
        Charge Literal     SALE OR TRANSFER OF FIREARMS
     Charge Description
               Statute     SALE OR TRANSFER OF FIREARMS (186111G4II;
                           Pennsylvania)
      State Offense Code   186111G4II
               Counts      1
              Severity     FELONY 3
       Inchoate Charge
```

```
                    Disposition   ( 2025-04-17; QUASHED/ DISMISSED/ DEMURRER
                                  SUSTAINED)
Charge                            2
           Charge Number         2
Charge Tracking Number           R893344-4
          Charge Literal         UNSWORN FALSIFICATION TO AUTH
     Charge Description
                 Statute         UNSWORN FALSIFICATION TO AUTH (184904B;
                                 Pennsylvania)
     NCIC Offense Code           5006
    State Offense Code           184904B
                Counts           1
              Severity           MISDEMEANOR 3
       Inchoate Charge
            Disposition          ( 2025-04-17; QUASHED/ DISMISSED/ DEMURRER
                                 SUSTAINED)
============================= Cycle 005 =============================
Tracking Number          R851012-1
Earliest Event Date      2025-04-10
--------------------------------------------------------------------
Arrest Date              2025-04-10
Arrest Case Number       R851012-1
Arresting Agency          ALLEGHENY COUNTY PD
Subject's Name           FERRELL,JAYMER WILLIAM
Charge                   1
          Charge Number  1
Charge Tracking Number   R851012-1
         Charge Literal  VIO CS/DRUG/DEV AND COSMETIC ACT
     Charge Description
                Statute  VIO CS/DRUG/DEV AND COSMETIC ACT (35780-113A16;
                         Pennsylvania)
     State Offense Code  35780-113A16
                Counts   2
              Severity
       Inchoate Charge
--------------------------------------------------------------------
Court Disposition        (Cycle 005)
Court Agency              ALLEGHENY COUNTY PD
Subject's Name           FERRELL,JAYMER WILLIAM
Charge                   1
          Charge Number  1
Charge Tracking Number   R851012-1
         Charge Literal  VIO CS/DRUG/DEV AND COSMETIC ACT
     Charge Description
                Statute  VIO CS/DRUG/DEV AND COSMETIC ACT (35780-113A16;
                         Pennsylvania)
     State Offense Code  35780-113A16
                Counts   1
              Severity   MISDEMEANOR
       Inchoate Charge
            Disposition  ( 2025-09-23; FINAL CHARGE 185503A4)
Charge                   2
          Charge Number  2
Charge Tracking Number   R851012-1
         Charge Literal  VIO CS/DRUG/DEV AND COSMETIC ACT
     Charge Description
                Statute  VIO CS/DRUG/DEV AND COSMETIC ACT (35780-113A16;
                         Pennsylvania)
     State Offense Code  35780-113A16
                Counts   1
              Severity   MISDEMEANOR
```

```
             Inchoate Charge
                 Disposition  ( 2025-09-23; NOLLE PROSSED/WITHDRAWN)
Charge                        3
             Charge Number    3
Charge Tracking Number        R851012-1
         Charge Literal       DISORDERLY CONDUCT
     Charge Description
                 Statute      DISORDERLY CONDUCT (185503A4; Pennsylvania)
     NCIC Offense Code        5311
     State Offense Code       185503A4
                 Counts       1
                 Severity     SUMMARY
             Inchoate Charge
                 Disposition  ( ; PLEAD GUILTY    )
============================== Cycle 006 ==============================
Tracking Number               R855782-4
Earliest Event Date           2025-09-05
----------------------------------------------------------------------
Arrest Date                   2025-09-05
Arrest Case Number            R855782-4
Arresting Agency               MOON TWP PD
Subject's Name                FERRELL,JAYMER WILLIAM
Charge                        1
             Charge Number    1
Charge Tracking Number        R855782-4
         Charge Literal       VIO CS/DRUG/DEV AND COSMETIC ACT
     Charge Description
                 Statute      VIO CS/DRUG/DEV AND COSMETIC ACT (35780-113A32;
                              Pennsylvania)
     NCIC Offense Code        3599
     State Offense Code       35780-113A32
                 Counts       1
                 Severity
             Inchoate Charge
----------------------------------------------------------------------
Court Disposition            (Cycle 006)
Court Agency                  MOON TWP PD
Subject's Name                FERRELL,JAYMER WILLIAM
         Charge Literal
             Severity
************************  INDEX OF AGENCIES  ************************

Agency                       BETHEL PARK PD ; ;
Agency Telephone             4128332000
Address
                             5100 WEST LIBRARY AVENUE
                             BETHEL PARK, PA 15102


----------------------------------------------------------------------
Agency                       ALLEGHENY COUNTY PD ; ;
Agency Telephone             4124733056
Address
                             875 GREENTREE ROAD ,TEN PARKWAY CTR SUITE 100
                             PITTSBURGH, PA 15220


----------------------------------------------------------------------
Agency                       MOON TWP PD; ;
Agency Telephone             4122625000
Address
                             PUBLIC SAFETY BUILDING,990 BEAVER GRADE ROAD
                             MOON TOWNSHIP, PA 15108
```

```
--------------------------------------------------------------------
Agency                    ALIQUIPPA PD; ;
Agency Telephone          7247750880
Address
                          300 FRANKLIN AVENUE
                          ALIQUIPPA, PA 15001

--------------------------------------------------------------------
Agency                    UNIONTOWN STATE POLICE; ;
Agency Telephone          7244397111
Address
                          1070 EBERLY WAY
                          LEMONT FURNACE, PA 15456

--------------------------------------------------------------------
Agency                    ALLEGHENY COUNTY; ;
Agency Telephone          4124733000
Address
                          BOOKING SITE,COUNTY JAIL,960 SECOND AVENUE
                          PITTSBURGH, PA 15219

--------------------------------------------------------------------
Agency                    BEAVER COUNTY SHERIFF; ;
Agency Telephone          7247738549
Address
                          810 3RD STREET
                          BEAVER, PA 15009

--------------------------------------------------------------------
Agency                    UNIONTOWN PD; ;
Agency Telephone          7244302929
Address
                          45 PENN STREET
                          UNIONTOWN, PA 15401

* * * END OF RECORD * * *

TRACKING: 04/03/2026, 07:42:06 EASTERN
- MKE: CR
- Source: NLETS
- From: PAIII0000
- REF: WAN5RYQS2K
- ISN: 07EE0035WH
```